

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Honorable Judge Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
BY ECF

Re: <u>Thomas v. Menichiello</u> 16CV5722 (CS)             December 6, 2016

Your Honor-

I write to request an extension of time to file a motion to amend the complaint in this action.  This is my first request for an extension and opposing counsel, AAG Samuel Yaggy, consents.  I am requesting an extension from December 12, 2016 to February 3, 2017.

Because the underlying facts are largely undisputed, we believe we can reach a resolution without the need for additional discovery.  Plaintiff has already made a demand and AAG Yaggy has begun the process of obtaining settlement authority.  We have exchanged initial disclosures, and will continue to exchange documents as they become available, but have delayed the exchange of formal interrogatories until January 27 while we explore the possibility of settlement.

I am seeking the additional time in the hopes that amending will not be necessary and also to insure that, if I do need to move to amend, I will have the discovery needed to properly identify the John Doe defendants.  If we are unable to reach a resolution, I will move quickly to amend the complaint and move forward with written interrogatories and demands.

Thank you for your consideration.


Sincerely-
*Nicole Bellina*
Nicole Bellina